# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| AMBER LUCAS-WILLIS,<br><br>    Plaintiff,<br><br>v.<br><br>UTAH DRIVER LICENSE DIVISION OF SALT LAKE CITY; JEFF SHAVERS; and UTAH DRIVER LICENSE DIVISON MEDICAL ADVISORY BOARD,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br><br>Case No. 2:24-cv-00584-JCB<br><br>Magistrate Judge Jared C. Bennett |

IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE for failure to state a claim.

DATED this 24th day of January 2025.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge